# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SONNY D. BALVIN, | ) | 8:15CV56 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| SCOTT FRAKES, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 4). Petitioner paid the filing fee in this case on February 23, 2015. Accordingly,

IT IS ORDERED: Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing No. 4) is denied as moot.

DATED this 7th day of May, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge